UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMBER ANGELINE,

                            NO. CIV. S-10-0462 LKK/DAD

       Plaintiff,

    v.

                            O R D E R

JOHN (JACK) E. POTTER,
Postmaster General and
Chief Executive Officer,
UNITED STATES POSTAL SERVICE,

       Defendants.

_____/

    Pursuant to plaintiff's request filed on April 21, 2010, and defendants' stated non-opposition thereto, the above-captioned matter is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

    DATED:  April 26, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1